# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSE GALLEGOS

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

Case Number: 8:03-cr-58-T-23TGW
USM Number: 38207-018

Defendant's Attorney: Richard Escobar, ret.

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one and two of the July 18, 2006, petition (Doc. 28).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct while on supervision--trafficking in cocaine | 06/08/06 |
| Two | Failure to notify probation officer within seventy-two hours of arrest | 06/11/06 |

The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 24, 2007
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

august 24th, 2007

Date

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation          Sheet 2 - Imprisonment

DEFENDANT:      JOSE GALLEGOS                        Judgment - Page _2_ of _3_
CASE NUMBER:   8:03-cr-58-T-23TGW

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-ONE (21) MONTHS, to be served consecutively to the term of imprisonment imposed in Hillsborough County Case No. 06-CF-11413.**

_____   The court makes the following recommendations to the Bureau of Prisons:


__X__   The defendant is remanded to the custody of the United States Marshal.

_____   The defendant shall surrender to the United States Marshal for this district:

      _____   at _____ a.m.     p.m.   on _____.

      _____   as notified by the United States Marshal.

_____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      _____   before 2 p.m. on _____.

      _____   as notified by the United States Marshal.

      _____   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.



_____
UNITED STATES MARSHAL


By   _____
DEPUTY UNITED STATES MARSHAL

| DEFENDANT: | JOSE GALLEGOS | Judgment - Page  3  of  3 |
|---|---|---|
| CASE NUMBER: | 8:03-cr-58-T-23TGW | |

## SUPERVISED RELEASE

NO TERM OF SUPERVISED RELEASE IS IMPOSED.